UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANIER LAW FIRM,<br><br>    *Plaintiff,*<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    *Defendants*. | Civil Action No. 24-1264 (RDM) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lanier Law Firm and Defendants, the United States Department of Health and Human Services and Centers for Medicare and Medicaid Services, by their undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own attorney's fees, costs, and expenses.

October 22, 2024

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH**

*/s/ Aaron C. Lang*
Aaron C. Lang
101 Constitution Avenue, NW
Suite 900
Washington, D.C., 20001
Phone: 704-417-3012
Fax: 704-377-4814
Aaron.lang@nelsonmullins.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

        BRIAN B. HUDAK
        Chief, Civil Division

By: */s/ Jeremy S. Simon*
        Jeremy S. Simon, D.C. Bar #447956
        Assistant United States Attorney
        601 D Street, NW
        Washington, D.C., 20530
        Tel: (202) 252-2528
        Jeremy.simon@usdoj.gov

        *Attorneys for the United States of America*